# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SIGNATURE COMMERCIAL SOLUTIONS, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) | Case No. 1:17-cv-01564 |
| DANIEL MEISELMAN, MICHAEL GORDON, and ZERO 6 Consulting, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## UNOPPOSED MOTION FOR
## STIPULATED JUDGMENT AND ORDER OF DISMISSAL

Plaintiff Signature Commercial Solutions, LLC ("Signature") moves this Court to enter an order that, pursuant to the terms of a settlement agreements among the parties (filed under seal herewith), the claims set forth in the Complaint (Dkt. 1) are dismissed with prejudice against Defendant Michael Gordon, Daniel Meiselman, and Zero 6 Consulting LLC.

Signature also requests the Court enter the following judgment, which the parties have stipulated to, as follows:

(a) A judgment in the amount set forth in Paragraph 2 of the Settlement Agreement between Plaintiff and Gordon against defendant Gordon and in favor of Plaintiff;

(b) A judgment in the amount set forth in Paragraph 2 of the Settlement Agreement between Plaintiff and Meiselman against defendant Meiselman and in favor of Plaintiff; and

(c) Each side to bear its own attorneys' fees and costs.

Plaintiff's counsel has met and conferred with Defendants and/or their counsel and Defendants do not oppose this motion.

Dated: May 2, 2017

Respectfully submitted,

/s/ Andrew G. Klevorn
Andrew G. Klevorn
Julie Gottshall
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60661
Tel: 312-902-5200
Fax: 312-902-1061
andrew.klevorn@kattenlaw.com
julie.gottshall@kattenlaw.com

*Counsel for Plaintiff Signature Commercial Solutions, Inc.*