IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIGNATURE COMMERCIAL SOLUTIONS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> DANIEL MEISELMAN, MICHAEL GORDON, and ZERO 6 Consulting, LLC, <br><br> Defendants. | Case No. 1:17-cv-01564 |

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

Whereas, Plaintiff Signature Commercial Solutions, LLC ("Signature") and Defendants Meiselman, Gordon, and Zero 6 Consulting LLC ("Defendants") have agreed to finally resolve the above-captioned litigation ("the Litigation"), and

Whereas Signature and Defendants have agreed to entry of a Consent Judgment and Permanent Injunction on the following terms;

It is hereby ordered that:

1. Judgments is hereby entered against Defendants and in favor of Plaintiff Signature in the above-captioned case;

2. Gordon is to pay the amount set forth in Paragraph 2 of the Settlement Agreement between Plaintiff and Gordon to Signature (Dkt. 24);

3. Meiselman is to pay the amount set forth in Paragraph 2 of the Settlement Agreement between Plaintiff and Meiselman to Signature (Dkt. 25);

4. Defendants, and Zero 6's respective members, agents, and employees, are permanently enjoined and restrained from the activities set forth in the Settlement Agreements between Signature and each of the Defendants (Dkt. 24-26); and

## Exhibit A

5. Each side to bear its own attorneys' fees and costs.

The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing the terms of this Consent Judgment and Permanent Injunction. Signature is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to its reasonable attorneys' fees and costs for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on any one of the Defendants' failure to comply, in any way, with its obligations set forth herein. and the settlement agreement among the parties.

IT IS SO ORDERED.

DATED: 5-18-17

_____
The Honorable Samuel Der-Yeghiayan
United States District Judge